

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

November 24, 2009

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101-3083*
*1-337-593-5000*  *1-318-676-4276*

Barry J. Dunford, Clerk
United States Bankruptcy Court
300 Jackson Street, Suite 201
Alexandria, Louisiana   71301

     RE:    1:09cv1828 (ADVERSARY PROCEEDING 09-08034)
             JAMALEDDIN VS. RAPIDES HEALTHCARE SYSTEM L L C

Dear Clerk:

    I would like to draw your attention to the order granting the Motion to Withdraw Reference in the above captioned case on November 9, 2009 by Judge James T. Trimble Jr.

    In accordance with that order, please forward by e-mail your entire record as soon as possible as there is a pending motion to dismiss that needs immediate attention.  Please send the e-mail to the attention of Sandra Dean.

    Thank you in advance for you attention to this matter..

                                        TONY R. MOORE
                                        CLERK OF COURT

sjd