**Pursuant to Local Rule 83.4.3, although this Court is not automatically stayed, the preliminary pre-trial conference is canceled until such time as the district court rules on the Motion to Withdraw the Reference.**



**SO ORDERED.**

**SIGNED October 01, 2009.**

_____
**HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: KHALID M. JAMALEDDIN | CASE NO. 09-80338 |
| DEBTOR | CHAPTER 13 |

| | |
|---|---|
| KHALID M. JAMALEDDIN<br>PLAINTIFF | ADVERSARY NO. 09-8034 |
| VERSUS | |
| RAPIDES HEALTHCARE SYSTEM, LLC and<br>CITY OF ALEXANDRIA, LOUISIANA<br>DEFENDANTS | |

### ORDER GRANTING MOTION TO WITHDRAW THE REFERENCE FROM THE DISTRICT COURT TO THE BANKRUPTCY COURT

Premises considered,

IT IS ORDERED, ADJUDGED, AND DECREED that the reference from the District Court to the Bankruptcy Court under 28 U.S.C. § 157(d) and Local Rule 83.4.3 be withdrawn as to adversary proceeding bearing number 09-8034 pending in the United States Court of the Western

District of Louisiana, Alexandria, Louisiana.

_____
U.S. DISTRICT JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0536-1          User: sshropshi           Page 1 of 1              Date Rcvd: Oct 01, 2009
Case: 09-08034                Form ID: pdf8             Total Noticed: 1

The following entities were noticed by first class mail on Oct 03, 2009.
ust            +Office of U. S. Trustee,   300 Fannin St., Suite 3196,   Shreveport, LA 71101-3122
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2009**          **Signature:** _Joseph Speetjens_