UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KHALID M. JAMALEDDIN** <br> **PLAINTIFF** | **CIVIL ACTION # 1:09-01828** |
| **VERSUS** | **JUDGE JAMES T. TRIMBLE, JR.** |
| **RAPIDES HEALTHCARE SYSTEM, LLC** <br> **and** <br> **CITY OF ALEXANDRIA, LOUISIANA** <br> **DEFENDANTS** | **MAGISTRATE JUDGE JAMES D. KIRK** |

-------------------------------------------------------------------------------------------------------------

**MOTION TO DISMISS COMPLAINT**

-------------------------------------------------------------------------------------------------------------

NOW INTO COURT, through undersigned counsel, comes the above named plaintiff, who respectfully represents that:

1.

Plaintiff, Khalid M. Jamaleddin, filed this action while a Debtor in Chapter 11 proceedings on the docket of the United States Bankruptcy Court in and for the Western District of Louisiana, Alexandria Division (Docket #09-80338).

2.

The reference was withdrawn and this matter was placed on the docket of this Court. Motions to Dismiss were filed by the defendants in this matter and the same is now fixed for hearing on the same on this Court's February, 2010, calendar.

3.

Plaintiff's bankruptcy case was converted to a case under Chapter 7 on January 20, 2010, by Order of the Honorable Henley A. Hunter, United States Bankruptcy Judge. As a result, plaintiff is no longer the proper party plaintiff in this matter as the Chapter 7 Trustee is vested with all property of the estate under 11 U.S.C. 541.

4.

Counsel for plaintiff is also counsel for debtor in his bankruptcy case. After the conversion of the case to Chapter 7, counsel for plaintiff/debtor consulted with the Chapter 7 Trustee, T. Bret Brunson, and informed him he did not believe further action in this proceeding would be fruitful and would be a waste of the assets of the bankruptcy estate. He also informed the named plaintiff, the debtor, of his belief. Both the Chapter 7 Trustee and the current named plaintiff (the now Chapter 7 debtor) consent to a dismissal of this action, with prejudice.

5.

Counsel has informed counsel for the defendants herein of his intention to suggest dismissal and the fact the same was authorized. Accordingly, he moves the Court to dismiss this action, with prejudice.

WHEREFORE, Mover seeks an order allowing the dismissal of this action with prejudice and removing the same from this Court's docket.

**LAW OFFICE OF,**

**/S/ THOMAS R. WILLSON**
**THOMAS R. WILLSON**
**P.O. DRAWER 1630**
**ALEXANDRIA, LOUISIANA  71309**
**ATTORNEY AT LAW (#13546)**
**PH. #318/442-8658**
**FAX 318-442-9637**